# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOGAN DOUCET

VERSUS

CMS MANAGEMENT, LLC OF
MISSISSIPPI AND NICHOLSON
SOUTH PARTNERSHIP IN
COMMENDAM

NO.  2025 CW 0881

**FEBRUARY 18, 2026**

---

In Re:    CMS Management, LLC of Mississippi and Nicholson South
          Partnership in Commendam, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 739774.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT GRANTED.** The district court's August 18, 2025 judgment denying the motion for summary judgment filed by defendants, CMS Management, LLC of Mississippi and Nicholson South Partnership in Commendam, is reversed. A motion for summary judgment shall be granted where the evidence demonstrates that there is no genuine issue of material fact, and the mover is entitled to judgment as a matter of law. La. Code Civ. P. art. 966(A)(3). As the party moving for summary judgment, defendant sustained its initial burden of proof by showing a lack of factual support concerning the existence of an unreasonably dangerous condition on defendant's property and actual or constructive notice of defendant. The burden then shifted to plaintiff to produce factual support sufficient to establish the existence of a genuine issue of material fact as to the existence of an unreasonably dangerous condition on defendant's premises, and whether defendant had actual or constructive notice of the condition. Plaintiff failed to produce factual support sufficient to show a genuine issue of material fact as to these necessary elements of her claim. Accordingly, defendant's motion for summary judgment is granted and the claims asserted by plaintiff, Logan Doucet, against defendants, CMS Management, LLC of Mississippi and Nicholson South Partnership in Commendam, are dismissed.

**SMM**
**BDE**
**WEF**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT